1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
        150 Almaden Blvd., Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5056
7       FAX: (408) 535-5066
        Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14                                      *E-FILED - 10/20/06*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[] ORDER TO CONTINUE HEARING
CR 06-00074 RMW

UNITED STATES OF AMERICA,      )      No. CR 06-00074 RMW
                                )
        Plaintiff,              )
                                )
            v.                  )      [] ORDER CONTINUING
                                )      CHANGE OF PLEA HEARING
                                )
RAYMOND GARBIN,                 )
                                )
        Defendant.              )
_____)

 

 

        Assistant United States Attorney Susan Knight and defendant Raymond Garbin, through

his counsel, Thomas Ferrito, respectfully request that the change of plea hearing currently

scheduled for October 23, 2006 be continued to October 30, 2006.  The parties are still

negotiating a plea agreement and need additional time in order to finalize the details of the

agreement.

//

//

//

 

SO STIPULATED.                      KEVIN V. RYAN
                                    United States Attorney

DATED:_____              _____/s/_____
                                    SUSAN KNIGHT
                                    Assistant United States Attorney

 

DATED:_____              _____/s/_____
                                    THOMAS J. FERRITO
                                    Counsel for Mr. Raymond Garbin

 

 

        Accordingly, the Court HEREBY ORDERS that the change of plea hearing be continued

from October 23, 2006 to October 30, 2006 at 9:00 a.m.

IT IS SO ORDERED.

__ 10/20/06 _____                __ /S/ RONALD M. WHYTE_____
                                     U.S. DISTRICT JUDGE
[] ORDER TO CONTINUE HEARING
CR 06-00074 RMW                      2

1   Dated                        RONALD M. WHYTE
                                 United States District Judge
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[] ORDER TO CONTINUE HEARING
CR 06-00074 RMW                          3