KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/17/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RAYMOND A. GARBIN, <br> Defendant. | No. CR 06-00074 RMW <br><br> STIPULATION AND [] ORDER CONTINUING SENTENCING DATE <br><br> SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing date for the above-captioned case be continued from January 8, 2007 to February 5, 2007 at 9:00 a.m. The reason for the continuance is to allow Probation Office Lori Timmons addition time to complete her presentence investigation.

//

//

//

//

//

STIPULATION AND [ ORDER
No. 06-00074 RMW                1

1 | SO STIPULATED: | KEVIN V. RYAN
 | | United States Attorney
2

3 | DATED: | _____/s/_____
 | | SUSAN KNIGHT
4 | | Assistant United States Attorney

5

6 | DATED: | _____/s/_____
 | | THOMAS J. FERRITO
7 | | Counsel for Mr. Garbin

8

9   Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing date

10  in the above-captioned case be continued from January 8, 2007 to February 5, 2007.

11  SO ORDERED.

12

13  DATED: 11/17/06        /s/ Ronald M. Whyte
  |  | RONALD M. WHYTE
14 | | United States District Judge

STIPULATION AND [] ORDER
NO. 06-00074 RMW                    2