1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900          **E-FILED 4/25/07**
6     San Jose, California 95113
      Telephone:  (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,       )    No. CR 06-00074 RMW
                                   )
14      Plaintiff,                 )
                                   )    STIPULATION AND ~~PROPOSED~~ ORDER
15      v.                         )    CONTINUING HEARING
                                   )
16 RAYMOND A. GARBIN,              )
                                   )
17      Defendant.                 )    SAN JOSE VENUE
                                   )
18 _____ )

19

20     The undersigned parties respectfully request that the status hearing on the final restitution

21 amount owed by the defendant in the above-captioned case be continued from April 23, 2007 to

22 June 11, 2007.  The reason for the continuance is that the government is working with the United

23 States Postal Inspection Service to determine the final amount of restitution owed by the

24 defendant.  The government anticipates finalizing the restitution amount and consulting with

25 defense counsel within the next month.  If the parties agree on the restitution amount, the

26 government will contact the Court to vacate the hearing.

27 //

28 //

STIPULATION AND [~~PROPOSED~~] XXXXXXX ORDER
No. 06-00074 RMW                              1

1  SO STIPULATED:                           SCOTT N. SCHOOLS
                                             United States Attorney
2

3  DATED:                                         /s/
                                             ─────────────────────────────
                                             SUSAN KNIGHT
4                                            Assistant United States Attorney

5  DATED:                                         /s/
                                             ─────────────────────────────
                                             THOMAS J. FERRITO
6                                            Counsel for Mr. Garbin

7

8      Accordingly, for good cause shown, the Court HEREBY ORDERS that the hearing be

9  continued from April 23, 2007 to June 11, 2007.

10 SO ORDERED.

11
           4/25/07                                /s/ Ronald M. Whyte
12 DATED:_____                      ─────────────────────────────────
                                             RONALD M. WHYTE
13                                           United States District Judge

STIPULATION AND [XXXXXXXX] ORDER
NO. 06-00074 RMW                             2