1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6      150 Almaden Blvd., Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5056
       FAX: (408) 535-5066
8      Susan.Knight@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/23/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00074 RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [] ORDER VACATING HEARING DATE |
| RAYMOND GARBIN, ) | |
| Defendant. ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing on restitution in the above-captioned case scheduled for July 23, 2007 be vacated. The parties have reached an agreement on the amount of restitution, and will file a proposed order separately.

SO STIPULATED:            SCOTT N. SCHOOLS
                          United States Attorney

DATED: 7/19/07                    /s/
                          SUSAN KNIGHT
                          Assistant United States Attorney


DATED: 7/19/07                    /s/
                          THOMAS J. FERRITO
                          Counsel for Mr. Garbin

STIPULATION AND [] ORDER
No. 06-00074 RMW                    1

1  Based on good cause shown, the Court HEREBY ORDERS that the status hearing scheduled
2  for July 23, 2007 be vacated.
3  SO ORDERED.
4  DATED: 7/23/07

 *Ronald M. Whyte*
 RONALD M. WHYTE
 United States District Judge

STIPULATION AND [] ORDER
No. 06-00074 RMW                    2