JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED

AUG - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-00074 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER IMPOSING RESTITUTION AS PART OF JUDGMENT |
| RAYMOND A. GARBIN, and JAMES RUSSELL FITZGERALD, | ) |
| Defendants. | ) SAN JOSE VENUE |

The undersigned parties have reached an agreement regarding the amount of restitution that each defendant will be solely responsible for as well as an amount of restitution that the defendants' will have joint and several liability. The parties believe that a division of the restitution amounts is equitable based upon each defendants' role in the conspiracy, and each defendant has accepted responsibility for defrauding certain victims. Accordingly, the parties respectfully request that the Court order that defendants Raymond Garbin and James Russell Fitzgerald make restitution to the following individuals and/or entities as proposed below:

//
//

STIPULATION AND [PROPOSED] ORDER
No. 06-00074 RMW                                1

A.  Defendant Garbin will be solely responsible for making restitution to the following individuals and/or entities:

1.  **Citigroup Investigative Services**           $7,970.26
    Attn: Fraud Investigations
    14700 Citicorp Drive
    Building 2, First Floor
    Hagerstown, MD 21742
    Reference account numbers:
    5424180831729428: $3,566.59
    424180808004409: $4,403.67

2.  **Chase Bank**           $5,058.33
    Chase Investigations
    ATTN: L. Godden
    P.O. Box 399
    Hicksville, NY 11802-9641
    Reference account number 4266924000774762

3.  **Stanley and Sandra Halliwell**           $515.79
    230 Mortimers Lane
    Marina, CA 93933

4.  **American Express**           $8,057.01
    Attn: TRS- Security
    888 South Figueroa Street, Suite 1770
    Los Angeles, CA 90017
    Reference defendant Raymond Garbin
    and account number 371326661011007

5.  **GE Money Bank**           $3,879.76
    ATTN: Pat Weber
    P.O. Box 8726
    Dayton, OH 45401
    Reference type of account, the number, and amount:
    Discover, 6011314001037786, $3,879.76

6.  **Kazue Uyeda**           $221.26
    2600 Garden Road, #305
    Monterey, CA 93940

7.  **Chase Bank USA NA**           $7,989.90
    Attn: Jan Wolfe
    225 Chastain Meadows Court
    Kennesaw, GA 30144
    Reference account number 4104140014808084

B.  Defendant Fitzgerald will be solely responsible for making restitution to the following individuals and/or entities:

1.  **Monterey Credit Union**           $4,511.58
    Attn: Paulette Gaut
    P.O. Box 3288
    Monterey, CA 93940

|   |   |   |
|---|---|---|
| 2. | **JP Morgan Chase**<br>Chase Investigations<br>Attn: L. Godden<br>P.O. Box 399<br>Hicksville, NY 11802-9641<br>Reference account number 4266841070069081 | $4,878.73 |
| 3. | **Macy's West**<br>Internal Box 41<br>ATTN: Civil Recovery<br>P.O. Box 7888<br>San Francisco, CA 94120<br>Reference account number and amount:<br>45039437299, $2,086.28 | $2,086.28 |

C. Defendant Garbin will be jointly and severally liable with defendant James Fitzgerald to make restitution to the following individuals and/or entities:

|   |   |   |
|---|---|---|
| 1. | **Washington Mutual**<br>Attn: Fraud Accounting<br>P.O. Box 660013<br>Dallas, TX 75266<br>Reference defendant Raymond Garbin,<br>and account number 4185876248163570 | $6,034.00 |
| 2. | **GE Money Bank**<br>ATTN: Pat Weber<br>P.O. Box 8726<br>Dayton, OH 45401<br>Reference type of account, the number, and amount:<br>Discover, 6011314000037209: $7,721.15<br>Mervyn's, 6045893058624746: $212.42 | $7,933.57 |
| 3. | **Macy's West**<br>Internal Box 41<br>ATTN: Civil Recovery<br>P.O. Box 7888<br>San Francisco, CA 94120<br>Reference account number and amount:<br>45038939886, $1,874.93<br>44027331731, $1,156.15 | $3,013.08 |
| 4. | **America First Credit Union**<br>P.O. Box 9199<br>Ogden, UT 84409<br>Reference defendants Garbin and Fitzgerald | $473.72 |

//
//
//
//

| | | |
|---|---|---|
| 5. | **Citigroup Investigative Services**<br>Attn: Fraud Investigations<br>14700 Citicorp Drive<br>Building 2, First Floor<br>Hagerstown, MD 21742<br>Reference account numbers:<br>5424180788111852: $555.84<br>5424180436244278: $81.90 | $637.74 |

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 3/10/08

*/s/ Susan Knight*
SUSAN KNIGHT
Assistant United States Attorney

DATED: 7/7/08

*/s/ Thomas J. Ferrito*
THOMAS J. FERRITO
Counsel for Mr. Garbin

DATED:

_____
RAYMOND GARBIN
Defendant

DATED: 3/10/08

*/s/ Lara S. Vinnard*
LARA S. VINNARD
Assistant Federal Public Defender

DATED: 3/10/08

*/s/ James Russell Fitzgerald*
JAMES RUSSELL FITZGERALD
Defendant

//
//
//
//
//

STIPULATION AND [~~PROPOSED~~] ORDER
No. 06-00074 RMW

4

## ORDER

Accordingly, the Court HEREBY ORDERS that the above-referenced restitution amounts be imposed and made part of the judgment in United States v. Raymond Garbin and James Russell Fitzgerald, CR 06-00074 RMW.

SO ORDERED.

DATED: 8/4/08 ~~2/25/08~~ (gn)

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
No. 06-00074 RMW                    5